IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CHRISTOPHER CAMPBELL,
ADC #118056                                                                                           PLAINTIFF

v.                                              1:07CV00017HLJ

JAMES BANKS                                                                                          DEFENDANT

## ORDER

This matter is before the Court on several motions filed by the plaintiff, and on the defendant's motion to dismiss (DE #32).

1) Motion to amend/correct complaint (DE #36) - Plaintiff asks for leave to amend the "relief" portion of his complaint, and pursuant to Fed.R.Civ.P. 15, the Court will grant this motion.

2) Motion for discovery/production of documents (DE #37) - This is, in fact, a request for production of documents, and the docket should be changed to reflect such.

3) Motion for jury trial (DE #38). Plaintiff asserts that he be entitled to a jury trial. According to Fed.R.Civ.P. 38(b), a party may demand a jury trial by serving a demand in writing no later than ten days after the service of the last pleading directed to such issue. In this case, defendant filed his motion to dismiss on September 13, 2007, and plaintiff filed this jury demand on September 21, 2007. Therefore, the Court finds that plaintiff's motion was timely filed and should be granted.

4) Defendant's motion to dismiss (DE #32) - Plaintiff has not yet filed a response to the motion. Therefore, he will be directed to respond to the motion within ten days of the date of this Order. Accordingly,

IT IS THEREFORE, ORDERED that plaintiff's motions to amend (DE #36) and for jury trial

(DE #38) are hereby GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion for discovery (DE #37) is actually a request for discovery and should be removed from the pending motions report.

IS FURTHER ORDERED that plaintiff shall file a response to defendant's motion to dismiss within ten days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of the plaintiff's complaint. <u>See</u> Local Rule 5.5(c)(2).

IT IS SO ORDERED this 2nd day of October, 2007.

_____
United States Magistrate Judge